UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:                    CHAPTER 13
Robert A. & Maryann Welden, Debtor(s).    CASE NO. 14-44667-TJT
_____/     JUDGE THOMAS J. TUCKER

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES**, the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The Plan fails to increase its funding upon the termination of the obligation to GM Financial in contravention of 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

2. The Trustee requests that both debtors provide copies of three (3) post-petition paystubs at the §341 First Meeting of Creditors.

3. The Trustee objects to the debtors' failure to treat Ally Financial in the plan as this creditor has filed a secured proof of claim.

4. The Trustee objects to the debtors' plan as it incorrectly lists a Chevy Cruz as being a 2013 model. However, the debtors testified at the §341 First Meeting of Creditors that the Chevy Cruz is a 2014. The Trustee requests that the debtors amend the plan accordingly.

**WHEREFORE**, the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

May 15, 2014

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
Tammy L. Terry, Chapter 13 Trustee
/s/ *Tammy L. Terry*
/s/TAMMY L. TERRY (P-46254)
Chapter 13 Standing Trustee
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)
/s/ MARILYN R. SOMERS-KANTZER (P-52488)
Staff Attorneys
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Robert A. & Maryann Welden, Debtor(s).
_____/

CHAPTER 13
CASE NO. 14-44667-TJT
JUDGE THOMAS J. TUCKER

## CERTIFICATE OF MAILING

I hereby certify that on May 21, 2014, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor(s) at the address as it appears below.

*/s/ Patrice N. Watson*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net


Robert A. & Maryann Welden
1003 River Acres Dr.
Tecumseh, MI 492860000


Babut Law Offices, PLLC
700 Towner Street
Ypsilanti, MI 481980000