UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

ROBERT A. WELDEN
MARYANN WELDEN,

        Debtor.

Case No. 14-44667-TJT
Honorable THOMAS J. TUCKER
Chapter 13

1003 River Acres Dr.
Tecumseh, MI 49286
XXX-XX-1260
XXX-XX-9234

_____/

## OBJECTIONS TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN
## ON BEHALF OF EXETER FINANCE CORPORATION

Creditor Exeter Finance Corporation ("Objector") by and through counsel, KILPATRICK & ASSOCIATES, P.C., states:

1. The Debtor ("Debtor" as used herein shall include both Debtors in a joint case) filed a voluntary Chapter 13 petition on March 20, 2014.

2. On the Petition Date the Debtor was indebted to Objector in the amount of $17,657.22 (plus interest, fees and costs) and in possession of the following: 2014 Chevrolet Cruz (VIN: 1G1PC5SB0E7106098) (Acct. No.: 8982) (the "Vehicle").

3. The Vehicle listed in Paragraph 2 was purchased on a Retail Installment Sale Contract (the "Contract").

(a) The Proposed Plan fails to comply with 11 U.S.C. §1325(a)(5)(B)(iii) for the following reasons:

    (i) Paragraph V.F. of the proposed Plan fails to comply with 11 U.S.C. § 1325 (a) (5) (B) as it will not allow the Objector to receive the required equal monthly payments.

(b) The Proposed Plan proposes to "cram down" the debt owing the Objector secured by the Vehicle which the Debtor purchased within the 910 days preceding the date of the filing of the petition in contravention of 11 U.S.C. §1325(a)(9).

(c) The Objector is not adequately protected pursuant to 11 U.S.C. §1326 as:

(i) The Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. §1326(a)(4).

**WHEREFORE,** Exeter Finance Corporation requests the Court to deny confirmation of the Proposed Plan, and to grant such other relief as may be appropriate and just.

Respectfully submitted,

**KILPATRICK & ASSOCIATES, P.C.**

By:/s/
MICHAEL P. HOGAN, ESQ. (P63074)
RYAN J. BYRD, ESQ. (P75906)
Attorneys for Creditor, Exeter Finance Corporation
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
ecf@kaalaw.com
(248) 377-0700

Dated: May 27, 2014