UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

    **ROBERT A. WELDEN**                            Case No. 14-44667
    **MARYANN WELDEN**,                        Chapter 13
    Debtor(s).                                      Hon. Thomas J. Tucker
_____/


## NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION

      The Debtor(s) have filed papers with the Court to modify their confirmed Chapter 13 Plan.

      The Debtor(s) propose to modify the confirmed Plan pursuant to L.B.R. 3015-2(b) as follows:

- The Debtor(s) wish to extend their plan length from 36 months to 42 months with 37 months left.
- Mr. Welden lost job and has since found new employment (See Exhibit).
- The Debtor(s) plan amount will stay at $1646.09 semi-monthly and this amount will allow the plan to complete in 42 months.
- The Debtor(s) wish to excuse their delinquencies in the amount of $8,323.74.

      That this proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

      a. class one administrative claims - Will not be effected as the plan length change allows the plan to complete at the same monthly plan payment and funds will still be available.
      b. class two continuing claims - Will not be effected as the plan length change is allows the plan to complete at the same monthly plan payments and funds will be available.
      c. class three executory contracts/unexpired lease - Will not be effected as there are none.
      d. class four arrearage on continuing claims - Will not be effected as this new plan length will allow the plan to complete with the same monthly plan payment as to creditor Chase Home Finance and funds will still be available.
      e. class five (a) secured purchase money security interest claims - Will not be effected as the new plan length will alow funds to be available.
      f. class six priority unsecured claims - Will not be effected as there are none.
      g. class seven special unsecured claims - Will not be effected as there are none.
      h  class eight general unsecured claims - Will not be effected.

      In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to allow the Proposed Post-Confirmation Plan Modification, or if you want the Court to consider your views on the Proposed Post-Confirmation Plan Modification, within twenty (21) days from the date of service of the motion, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:[1]

### United States Bankruptcy Court
211 West Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the Court for filing, you must also mail it early enough so the Court will receive it within the above-stated time period.

---

[1]Response or answer must comply with F.R. Civ.P.8(b)(c) and (e)
Mail a copy to:

Office of the Chapter 13 Standing Trustee

Tammy L. Terry
535 Griswold
Suite 2100
Detroit MI 48226

And

Thomas Paluchniak
Babut Law Offices, P.L.L.C.
700 Towner St.
Ypsilanti MI 48198

2. If a response or answer is timely and served, the clerk will schedule a hearing on the motion and you will be served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the notice and may allow the modification.**

Dated: February 3, 2015                    /s/ Thomas Paluchniak
**Thomas Paluchniak (P70284)**
**Babut Law Offices, P.L.L.C.**
**700 Towner Street**
**Ypsilanti, MI  48198**
**734-485-7000**
**tpaluchniak@babutlaw.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

**ROBERT A. WELDEN**  Case No. 14-44667
**MARYANN WELDEN**,  Chapter 13
Debtor(s).  Hon. Thomas J. Tucker
_____/

## PROOF OF SERVICE

Patricia E. Montgomery certifies that on February 4, 2015, she served a copy of the following documents:

- Notice of Proposed Post-Confirmation Plan Modification, and
- Proof of Service

upon:

Office of the Chapter 13 Standing Trustee

Tammy L. Terry
535 Griswold
Suite 2100
Detroit MI 48226

and

All parties on the attached Court matrix

via: First Class Mail

Dated: February 4, 2015  /s/ Patricia Montgomery
  Patricia Montgomery
  Babut Law Offices, PLLC
  700 Towner Street
  Ypsilanti, MI 48198
  734-485-7000
  pmontgomery@babutlaw.com