Jan 26, 15

To Whom This May Concern,

My husband lost his job in Dez. after having hours cut prior to. This caused us to fall behind in our Chap. 13 Bankru[ptcy] payments. My husband is now gainfully empl[oyed] again as of December 2014. We wish to resume our monthly payments from here out. We appreciate your consideration regarding this matter.

Sincerely,
Maryann Welden 1/
Maryann Welden

Case # 14-44667-tjt
Robert A. Welden
ROBERT A. WELDEN