# United States Bankruptcy Court
### Eastern District of Michigan

In re: **Robert A. Welden / Maryann Welden**, Debtor(s)

Case No. **14-44667-T**
Chapter **13**

## CERTIFICATE OF NO RESPONSE

Thomas Paluchniak, being duly sworn, deposes and says that I am the attorney for the above named Debtor(s); that notices were electronically served, mailed out to All interested parties on February 4, 2015, regarding the Notice of Proposed Post Confirmation Plan Modification allowing debtors to extend their plan from 36 month to 42 month plan; allowing debtors to excuse their delinquencies in the amount of $8,323.74; and keeping debtors plan payment at $1646.09 semi-monthly and no objections have been properly filed with the Court.

Attorney /s/ Thomas Paluchniak

**Thomas Paluchniak**
**Babut Law Offices, PLLC**
**700 Towner Street**
**Ypsilanti, MI 48198**
**734-485-7000**
**pmontgomery@babutlaw.com**
**P70284**